# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13814

_____

STATE OF FLORIDA,

                                                             Plaintiff-Appellant,

*versus*

SECRETARY, US DEPARTMENT OF EDUCATION,
UNDER SECRETARY, US DEPARTMENT OF EDUCATION,
ASSISTANT SECRETARY FOR POSTSECONDARY EDUCATION,
DIRECTOR, ACCREDITATION GROUP,
OFFICE OF POSTSECONDARY EDUCATION,
CHIEF OPERATING OFFICER, FEDERAL STUDENT AID, et al.,

                                                             Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:23-cv-61188-JB

_____

ORDER:

The motion for an extension of time to and including March 28, 2025, to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.


/s/ Robin S. Rosenbaum
UNITED STATES CIRCUIT JUDGE